[No. 1407-2.    Division Two.    March 19, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. ARDIS McMILLAN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. C-1311, Jay W. Hamilton, J., entered March 19, 1974. *Dismissed* by unpublished per curiam opinion.